## LIZZIE ALIDA SEXTON, RESPONDENT, v. NEWARK DISTRICT TELEGRAPH COMPANY, APPELLANT.

Argued June 29, 1914—Decided July 10, 1914.

On appeal from the Supreme Court, whose opinion is reported in 84 *N. J. L.* 85.

For the appellant, *McCarter & English*.

For the respondent, *Kinsley Twining*.

PER CURIAM.

The judgment of the Supreme Court is affirmed. The opinion filed in that court, which deals with some topics that are not stirred upon this appeal, deals also and in a manner entirely satisfactory to us with the point upon which this appeal is argued by counsel, viz., the legal situation presented by the fact that the statute of May 2d, 1911, took effect upon the day on which the plaintiff's intestate was killed.

For the reasons given upon this branch of the case by Mr. Justice Trenchard in the Supreme Court, the judgment of that court is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, BERGEN, KALISCH, BLACK, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER, WILLIAMS, JJ.    12.

*For reversal*—None.